UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KEVIN COGAN and ELIZABETH COGAN,

                Plaintiffs,                             16 CV 2109 (SJF)(SIL)

-against-

WALTER KISSINGER, WILLIAM KISSINGER,
THOMAS KISSINGER, DANA KISSINGER, JOHN
KISSINGFORD F/K/A JOHN KISSINGER and THE
ESTATE OF EUGENIA KISSINGER,

                Defendants.
----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2016 ★
LONG ISLAND OFFICE

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for Plaintiffs, and Defendants Thomas Kissinger, John Kissingford, Dana Kissinger, William Kissinger, and the Estate of Eugenie Kissinger (collectively, the "Referenced Defendants"), respectively, that the claims asserted in the Complaint filed on April 28, 2016 (the "Asserted Claim(s)") in the above captioned action against the Referenced Defendants are hereby withdrawn without prejudice to re-file the Asserted Claim(s) as against a Referenced Defendant in the event that Plaintiffs, in good faith, determine that facts are adduced during discovery which would support the Asserted Claims, and

IT IS FURTHER STIPULATED AND AGREED, that in the event that an Asserted Claim(s) is re-filed during the pendency of the above captioned action against a Referenced Defendant, the Asserted Claim(s) will be deemed filed as of April 18, 2016, and

642119

IT IS FURTHER STIPULATED AND AGREED, that said withdrawal is without costs or attorney's fees to any party.

Dated: July __, 2016
Uniondale, New York

_____
Michael S. Amato
Ruskin, Moscou Faltischek P.C.
Attorneys for Plaintiff
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556
(516) 663-6600

Dated: July 1, 2016
New York, New York

_____
Vincent Bauer
Law Offices of Vincent E. Bauer
Attorneys for Defendants
112 Madison Avenue, 5th Foor
New York, NY 10016
(212) 575-1517

SO ORDERED
s/ Sandra J. Feuerstein

_____
U.S.D.J.

Sandra J. Feuerstein

7/21/2016

642119