| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 2/2/2017<br>TIME: 10:00 am |

CASE:  **CV 16-2109(SJF) Cogan v. Kissinger et al**

TYPE OF CONFERENCE: STATUS          FTR: 10:06-10:10

APPEARANCES:
   For Plaintiff:   Michael Amato

   For Defendant: Christopher Parlo


**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Status conference held.


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge